**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | MDL No. 3071 |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action and this Certificate of Service were electronically filed by using the CM/ECF with the Clerk of the JPML and were separately served on all counsel or parties below in manners indicated and addressed as follows:

| *Weller v. RealPage, Inc.*, No. 2:23-cv-00548 (W.D. Wash.) | |
|---|---|
| Via Email | Counsel Office, Address and Phone |
| Steve W. Berman<br>steve@hbsslaw.com<br>Breanne Le Van Engelen<br>breannav@hbsslaw.com<br><br>*Counsel for Plaintiff*<br>*Kevin Weller* | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Tel.: (206) 623-7292<br>Fax: (206) 623-0594 |
| Jay Srinivasan<br>jsrinivasan@gibsondunn.com<br><br>*Counsel for Defendant*<br>*RealPage, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel.: (213) 229-7430<br>Fax: (213) 229-6296 |
| Michael Maddigan<br>michael.maddigan@hoganlovells.com<br><br>*Counsel for Defendant*<br>*Greystar Real Estate Partners, LLC* | HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 785-4600<br>Fax: (310) 785-4601 |

| *Weller v. RealPage, Inc.*, No. 2:23-cv-00548 (W.D. Wash.) | |
|---|---|
| Via Email | Counsel Office, Address and Phone |
| Gregory J. Casas<br>casasg@gtlaw.com<br><br>*Counsel for Defendant*<br>*Lincoln Property Company* | GREENBERG TRAURIG, LLP<br>300 West Sixth Street, Suite 2050<br>Austin, TX 78701<br>Tel.: (512) 320-7238<br>Fax: (512) 320-7210 |
| Kenneth Reinker<br>kreinker@cgsh.com<br><br>*Counsel for Defendant*<br>*Cushman & Wakefield, Inc.* | CLEARY GOTTLIEB STEEN & HAMILTON<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Tel.: (202) 974-1500<br>Fax: (202) 974-1999 |
| Edward C. Duckers<br>ed.duckers@stoel.com<br><br>*Counsel for Defendant*<br>*FPI Management, Inc.* | STOEL RIVES LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br>Tel.: (415) 617-8900<br>Fax: (415) 617-8907 |
| David A. Walton<br>dwalton@bellnunnally.com<br><br>*Counsel for Defendant*<br>*RPM Living, LLC* | BELL NUNNALLY & MARTIN LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201<br>Tel.: (214) 740-1445<br>Fax: (214) 740-5745 |
| Ian Simmons<br>isimmons@omm.com<br><br>*Counsel for Defendant*<br>*BH Management Services, LLC* | O'MELVENY & MYERS, LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Tel.: (202) 383-5300<br>Fax: (202) 383-5414 |
| Britt Marie Miller<br>bmiller@mayerbrown.com<br><br>*Counsel for Defendant*<br>*Mid-America Apartment Communities, Inc.* | MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Tel.: (312) 782-0600<br>Fax: (312) 701-7111 |
| Jeffrey Bank<br>jbank@wsgr.com<br><br>*Counsel for Defendant*<br>*Morgan Properties LLC* | WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>Tel.: (212) 497-7761 |
| Daniel David<br>danny.david@bakerbotts.com<br><br>*Counsel for Defendant*<br>*Avenue5 Residential LLC* | BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisianna Street, Suite 3609<br>Houston, TX 77002<br>Tel.: (713) 229-4055<br>Fax: (713) 229-2855 |

| *Weller v. RealPage, Inc.*, No. 2:23-cv-00548 (W.D. Wash.) | |
|---|---|
| Via Email | Counsel Office, Address and Phone |
| James D. Bragdon<br>jbragdon@gejlaw.com<br><br>*Counsel for Defendant*<br>*Bozzuto Management Company* | GALLAGHER EVELIUS & JONES LLP<br>218 North Charles Street, Suite 400<br>Baltimore, MD 21201<br>Tel.: (410) 727-7702<br>Fax: (410) 468-2786 |
| Belinda S. Lee<br>belinda.lee@lw.com<br><br>*Counsel for Defendant*<br>*AvalonBay Communities, Inc.* | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel.: (415) 391-0600<br>Fax: (415) 395-8095 |
| Michael Domenic Bonanno<br>mikebonanno@quinnemanuel.com<br><br>*Counsel for Defendant*<br>*Highmark Residential, LLC* | QUINN EMMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Tel.: (202) 538-8225<br>Fax: (202) 538-8100 |
| Carl W. Hittinger<br>chittinger@bakerlaw.com<br><br>*Counsel for Defendant*<br>*Equity Residential* | BAKER & HOSTETLER LLP<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Tel.: (215) 568-3100<br>Fax: (215) 568-3439 |
| Leo D. Caseria<br>lcaseria@sheppardmullin.com<br><br>*Counsel for Defendant*<br>*Essex Property Trust, Inc.* | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue NW, Suite 100<br>Washington DC, 20006<br>Tel.: (202) 747-1925<br>Fax: (202) 747-1901 |
| Lawrence P. Rochefort<br>lawrence.rochefort@akerman.com<br><br>*Counsel for Defendant*<br>*ZRS Management, LLC* | AKERMAN LLP<br>777 South Flagler Drive, Suite 1100 West Tower<br>West Palm Beach, FL 33401<br>Tel.: (561) 653-5000<br>Fax: (561) 659-6313 |
| Ryan M. Sandrock<br>rsandrock@shb.com<br><br>*Counsel for Defendant*<br>*Camden Property Trust* | SHOOK, HARDY & BACON L.L.P.<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Tel.: (415) 544-1944<br>Fax: (415) 391-0281 |
| David D. Cross<br>dcross@mofo.com<br><br>*Counsel for Defendant*<br>*UDR, Inc.* | MORRISON & FOERSTER LLP<br>2100 L Street NW<br>Washington, DC 20037<br>Tel.: (202) 887-8795<br>Fax: (202) 887-0763 |

| *Weller v. RealPage, Inc.*, No. 2:23-cv-00548 (W.D. Wash.) | |
|---|---|
| Via Email | Counsel Office, Address and Phone |
| Benjamin R. Nagin<br>bnagin@sidley.com<br><br>*Counsel for Defendant*<br>*ConAm Management Corp.* | SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel.: (212) 839-5300<br>Fax: (212) 839-5599 |
| Todd Seelman<br>todd.seelman@lewisbrisbois.com<br><br>*Counsel for Defendants*<br>*Cortland Partners, LLC*<br>*Mission Rock Residential, LLC* | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203<br>Tel.: (720) 292-2002<br>Fax: (303) 861-7767 |
| Benjamin I. VandenBerghe<br>biv@montgomerypurdue.com<br><br>*Counsel for Defendant*<br>*Thrive Communities Management, LLC* | MONTGOMERY PURDUE PLLC<br>701 Fifth Avenue, Suite 5500<br>Seattle, WA 98104<br>Tel.: (206) 682-7090<br>Fax: (206) 625-7090 |
| Jose Dino Vasquez<br>dvasquez@karrtuttle.com<br><br>*Counsel for Defendant*<br>*Security Properties Inc.* | KARR TUTTLE CAMPBELL<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Tel.: (206) 223-1313<br>Fax: (206)-682-7100 |
| Ann Helen MacDonald<br>ann.macdonald@afslaw.com<br><br>*Counsel for Defendant*<br>*CWS Apartment Homes LLC* | ARENTFOX SCHIFF LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Tel.: (312) 258-5500<br>Fax: (312) 258-5600 |
| Heather T. Rankie<br>hrankie@zellelaw.com<br><br>*Counsel for Defendant*<br>*Prometheus Real Estate Group Inc.* | ZELLE LLP<br>555 Twelveth Street, Suite 1230<br>Oakland, CA 94607<br>Tel.: (415) 693-0700<br>Fax: (415) 693-0770 |
| David T. Moran<br>dmoran@jw.com<br><br>*Counsel for Defendant*<br>*Morgan Group Inc.* | JACKSON WALKER LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>Tel.: (214) 953-6051<br>Fax: (214) 661-6677 |

| *Weller v. RealPage, Inc.*, No. 2:23-cv-00548 (W.D. Wash.) |
|---|
| Via U.S. Certified Mail |
| The Irvine Company LLC<br>550 Newport Center Drive<br>Newport Beach, CA 92660 |
| Sares Regis Group Operating, Inc,<br>3501 Jamboree Road, Suite 3000<br>Newport Beach, CA 92660 |

Dated: April 13, 2023

Respectfully submitted,

s/ *Maxwell Hamilton*

Maxwell Hamilton
maxwell.hamilton@hoganlovells.com
Senior Paralegal
HOGAN LOVELLS US LLP
9100 Shelbyville Road, Suite 300
Louisville, KY 40204
Tel.: (502) 915-0321